PER CURIAM.
Affirmed. United States v. Jennings, 724 F.2d 436, 445-46 (5th Cir.), cert. denied, 467 U.S. 1227, 104 S.Ct. 2682, 81 L.Ed.2d 877 (1984); United States v. Ross, 719 F.2d 615, 619-20 (2d Cir.1983); United States v. Moon, 718 F.2d 1210, 1230 (2d Cir.1983), cert. denied, 466 U.S. 971, 104 S.Ct. 2344, 80 L.Ed.2d 818 (1984); Dougan v. State, 470 So.2d 697, 700 (Fla.1985); Hitchcock v. State, 413 So.2d 741, 744 (Fla.), cert. denied, 459 U.S. 960, 103 S.Ct. 274, 74 L.Ed.2d 213 (1982).